State v. Stack

STATE OF NORTH CAROLINA v. JOHN HENRY STACK

No. 7420SC586

(Filed 18 September 1974)

APPEAL by defendant from *Martin, (Robert M.), Special Judge,* 4 February 1974 Session of Superior Court held in UNION County.

*Attorney General Robert Morgan by Robert P. Gruber, Associate Attorney, for the State.*

*James E. Griffin for defendant appellant.*

VAUGHN, Judge.

Defendant was convicted of the felony of robbery and judgment imposing a lawful prison sentence was entered. Defendant does not bring forward any assignments of error but asks this Court to review the record for possible error of law. We have done so and find no prejudicial error.

No error.

Judges CAMPBELL and PARKER concur.